UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WAYNE WALKER, SAYED KHALIL,          :
and BRIAN LAHOFF,                    :
                                     :
                    Plaintiffs,      :          08 Civ. 6117 (LTS) (DFE)
                                     :
     -against-                       :
                                     :          **AFFIDAVIT OF**
THE ORIGINAL HOMESTEAD RESTAURANT,   :          **SERVICE**
INC., d/b/a OLD HOMESTEAD, GREGORY   :
SHERRY, MARC SHERRY, and LUIS ACOSTA,:          **ECF CASE**
                                     :
                    Defendants.      :
                                     :
------------------------------------------------------------X

STATE OF NEW YORK     )
                      )  ss.:
COUNTY OF NEW YORK )

        SARA MAKLER, being duly sworn, deposes and says:

        I am over 18 years of age, reside in Staten Island, New York, and am not a party to
this action.

        On July 15, 2008, I served the SUMMONS AND COMPLAINT in this case on
defendants The Original Homestead Restaurant, Inc., d/b/a/ Old Homestead, Gregory
Sherry, Marc Sherry, and Luis Acosta, by delivering a copy of such papers by hand to the
following designated attorney for defendants who accepted service on behalf of
defendants:

        Joel E. Cohen, Esq.
        McDermott Will & Emery LLP
        340 Madison Avenue
        New York, NY 10173-1922
        (212) 547-5400
        *Attorneys for Defendants*

                                                    _____
                                                         Sara Makler

Sworn to before me this
14th day of July 2008

_____
NOTARY PUBLIC
        LOUIS PECHMAN
Notary Public, State of New York
        No. 02PE5079601
   Qualified in Nassau County
Commission Expires June 9, 2011