UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
WAYNE WALKER, SAYED KHALIL, and :
BRIAN LAHOFF,
: 08cv6117(RJH)
        Plaintiffs,
: ECF CASE
        v.
: **NOTICE OF APPEARANCE**

THE ORIGINAL HOMESTEAD RESTAURANT,
INC., d/b/a OLD HOMESTEAD, GREGORY :
SHERRY, MARC SHERRY, and LOUIS ACOSTA,
:
        Defendants.
:
------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Joel E. Cohen and Joanne Alnajjar hereby appear as counsel for the defendants in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       July 22, 2008

                                       McDERMOTT WILL & EMERY LLP

                                       By: _____
                                              Joel E. Cohen
                                              Joanne Alanajjar

                                        340 Madison Avenue
                                        New York, New York 10017
                                        (212) 547-5400

                                        *Attorneys for Defendants*