UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAYNE WALKER, SAYED KHALIL,
and BRIAN LAHOFF,

                    Plaintiffs,                08 Civ. 6117 (RJH)

        -against-

THE ORIGINAL HOMESTEAD RESTAURANT,    NOTICE OF
INC., d/b/a OLD HOMESTEAD, GREGORY       APPEARANCE
SHERRY, MARC SHERRY, and LUIS ACOSTA,
                                                             ECF CASE

                  Defendants.
------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

     Kindly enter my appearance as counsel in this case for plaintiffs Wayne Walker,

Sayed Khalil, and Brian Lahoff. I certify that I am admitted to practice in the Southern

District of New York.

Dated: New York, New York
       July 22, 2008

                                            BERKE-WEISS & PECHMAN LLP

                                            By:_____
                                              Louis Pechman [LP-6395]
                                              488 Madison Avenue, 11th Floor
                                              New York, New York 10022
                                              (212) 583-9500
                                              *Attorneys for Plaintiffs*