UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/09

WAYNE WALKER, et al.,

                Plaintiffs

-against-

THE ORIGINAL OLD HOMESTEAD
RESTAURANT, INC., et al.,

                Defendants.

08 Civ. 6117 (RJH)

**ORDER**

Counsel are directed to appear for oral argument on the pending motion to

dismiss on July 15, 2009 at 2:30 p.m. in Courtroom 17B, 500 Pearl Street, New York,

NY 10007.

SO ORDERED.

Dated: New York, New York
      July 9, 2009

Richard J. Holwell
United States District Judge