# THE ABOUSHI LAW FIRM

**501 Fifth Avenue, Suite 305**
**New York, NY 10017**
**Phone: (212) 300-2113**
**Fax: (646) 367-4925**

December 23, 2010

**VIA FAX: 212.805.7948**
Honorable Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 17B
New York, NY 10007-1312
Phone: 212.805.0256


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/11

**RE: Walker, et al v. The Original Homestead Restaurant, Inc., et al.**
**Case No. 08 Civ. 6117 (RJH)**

Dear Judge Holwell,

    I am counsel to Plaintiffs Sayed Khalil and Wayne Walker in the above captioned matter. On December 3, 2010, the case was settled before the Honorable James L. Cott. Thereafter, the Settlement Agreement and a Stipulation to Discontinue was filed by counsel to Defendants, Amanda M. Fugazy.

    As per the Settlement Agreement, Defendants are to disburse their first payment on or before December 31, 2010 and the second and final payment on or before January 31, 2011. I am respectfully requesting the case be reopened so as to withdraw the Stipulation to Discontinue to be held in escrow until the final payment is received by my clients thereby ensuring compliance with the agreement. Once received, the Stipulation to Discontinue will be re-filed.

    I have spoken to counsel for Defendant regarding this request and they do not consent.

If you have any questions or concerns, please do not hesitate to contact me. Thank you.

Respectfully,

Tahanie A. Aboushi, Esq.

cc: **VIA FAX**
Amanda M. Fugazy
225 Broadway, 39th Floor
New York, NY 10017
Phone: 212.346.0570
Fax: 484.805.7022

Michael J. Borelli, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
Phone: 516.248.5550
Fax: 516.248.6027

Plaintiff's request to reopen the case is denied without prejudice to renew in the event that defendant defaults on its obligations under the settlement agreement.

SO ORDERED
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
1/14/11